| IP Address | P2PClient | HitDateUTC | File Name | ISP | State | City | County |
|---|---|---|---|---|---|---|---|
| 76.101.115.99 | Vuze 4.8.1.2 | 01/07/2013 02:08:01 PM | The.Thompsons.2012.DVDRIP.XVid.AC3-BHRG | Comcast Cable | Florida | Naples | Collier |

**EXHIBIT A**
Thompsons 5-119